✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

|  |  |
|---|---|
| DISTRICT OF | MASSACHUSETTS |

| USA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. |  |
| Victor Delgado & Joan Reyes-Santana | Case Number: 04mj0441 RBC |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Collings, USMJ | Peter Levitt, AUSA | Bonilla & Reyes-Santana |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/23/04 Detention Hearing & Prelim. Exam | CD | Affsa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Direct | Cross | 1/23/04 |  |  | Timothy F. Leeman, Massachusetts State Police Officer - Gang Investigations |
| 1 |  | 1/23/04 | yes | yes | Criminal Complaint & Affidavit |
| 2 |  | 1/23/04 | yes | yes | List of controlled drug and firearm purchases |
| 3A |  | 1/23/04 | yes | yes | CD Audio Recorder |
| 3B |  | 1/23/04 | yes | yes | Translated Transcript of exhibit 3A |
| 4A |  | 1/23 | yes | yes | Video tape |
| 4B |  | 1/23 | yes | yes | Translation of tape |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages