UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

4 1

UNITED STATES OF AMERICA  )
                          )
      v.                  )    Criminal No.
                                    04- 10032 GAO
JOAN R. SANTANA      )
          Defendant   )

## INFORMATION

**COUNT ONE:**      (Title 21, United States Code, Section 851 —
                    Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about December 1, 2003, JOAN R. SANTANA was convicted in the Lawrence District Court of Possession of a Class A Substance with Intent to Distribute in violation of of the Controlled Substance Act.  A copy of the Judgment of Conviction is attached as Exhibit 1.

2. JOAN R. SANTANA, has been named as a defendant in an  Indictment numbered 04-10032-GAO, attached as Exhibit 2.

3. By way of this information, the government notifies JOAN R. SANTANA, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

1

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY:

PETER K. LEVITT
Assistant U.S. Attorney

Dated: March 15, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served  a copy of the foregoing document by mail and to counsel for JOAN R. SANTANA.

PETER K. LEVITT
Assistant U.S. Attorney