UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| 1. VICTOR DELGADO, | )   CR. No. 04-10032 GAO |
|    AKA "BITIN", and | ) |
| 2. JOAN REYES SANTANA, | ) |
|    AKA "FLAKO" | ) |

### JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(C), the parties are hereby jointly filing the following Status Report prepared in connection with the Final Status Conference scheduled for June 8, 2004.

1. <u>Outstanding Discovery Issues</u>

There remains some minor discovery issues that Delgado and the government are attempting to resolve.  If they are not resolved, Delgado will file discovery motions by July 8, 2004.

2. <u>Additional Discovery</u>

Except as described in paragraph 1, no party anticipates producing any additional discovery, other than that required by the rules 21 days before trial.

3. <u>Insanity/ Public Authority Defenses</u>

The defendants do not intend to raise defenses of insanity or public authority.

4. <u>Notice of Alibi</u>

The government requested a Notice of Alibi in its Automatic Discovery Letter.  No response has been received to that request.

5. <u>Motions</u>

Other than as specified in paragraph 1, the defendants do not anticipate filing any motions to suppress, to sever or to dismiss prior to trial but are reserving their right to file other pretrial motions that could require a ruling by the District Court.

6. <u>Early Case Resolution</u>

Defendant Reyes-Santana requests that the Court send his case to the District Court for a change of plea hearing.

It is too early to tell whether this case can be resolved short of trial with respect to defendant Delgado. Defense counsel for Mr. Delgado requests additional time to obtain and review all of the video recordings and audio recordings prior to advising making any decisions regarding a possible change of plea hearing.  In further support of this request for additional time that the government does not oppose, counsel states that she was engaged in the trial of <u>U.S. v. Cubilette</u> in front of Judge Gertner during the month of May.

7. <u>Speedy Trial Act</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

2/5/04             Indictment returned

2/10/04            Arraignment

```
2/11 - 3/09/04        Order dated 3/16/04(excluded per L.R.
                      112.2(A)(2)

3/16/04               Order dated 3/16/04 (conference held)

3/17 - 5/25/04        Order dated 3/16/04 (excluded per 18
                      U.S.C. § 3161(h)(1)(F)

5/27 - 6/1/04         Excludable delay per 18 U.S.C. §
                      3161(h)(1)(j) (defense motion pending)
```

As of June 8, 2004, 17 days will have been counted and 53 days will remain under the Speedy Trial Act.

8.  Length of Trial

It is too early to tell whether a trial will be needed in this matter. The United States estimates that a trial would last approximately 5 days.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                By:       /s Peter K. Levitt_____
                              PETER K. LEVITT
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA
                              (617) 748-3355

                              COUNSEL FOR VICTOR DELGADO

                              /s Victoria Bonilla (per JAW)
                              Victoria M. Bonilla-Argudo
                              Bourbeau and Bonilla
                              77 Central St.
                              Boston, MA 02210
                              617-350-6868

```
                                        COUNSEL FOR JOAN REYES-SANTANA


                                        /s Timothy Watkins (per JAW)
                                        Timothy G. Watkins
                                        Federal Defender's Office
                                        District of Massachusetts
                                        408 Atlantic Ave., Third Floor
                                        Suite 328
                                        Boston, MA 02210
June 8, 2004                            617-223-8061
```