UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
 )   Cr. No. 04-10032 GAO
v. )
 )
JOAN REYES SANTANA, )
   Defendant. )
 )

### ASSENTED TO MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

Now comes the United States, through its undersigned counsel, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from June 21, 2004 to and including July 1, 2004 (the scheduled date of the Rule 11 hearing in the above matter), as excludable delay pursuant to 18 U.S.C. § 3161 (h)(1)(F) & (h)(8)(A). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assents to this request.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PETER K. LEVITT
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3355

June 23, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have on June 23, 2004 served a copy of the foregoing document by facsimile on Tim Watkins, counsel for Joan Reyes-Santana.

_____
PETER K. LEVITT
Assistant U.S. Attorney