UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )    Cr. No. 04-10032 GAO
        v.                   )
                             )
JOAN REYES SANTANA,          )
    Defendant.               )

### MOTION TO EXCLUDE TIME
### FROM SPEEDY TRIAL ACT COMPUTATIONS

Now comes the United States, through its undersigned
counsel, and hereby moves to exclude from all Speedy Trial Act
calculations the period of time from July 1, 2004 (the originally
scheduled date for the Rule 11 hearing for the defendant) to and
including July 22, 2004 (the scheduled status date), as
excludable delay pursuant to 18 U.S.C. § 3161 (h)(1)(F) &
(h)(8)(A).  As noted by the Court during the July 1, 2004
hearing, the requested delay is in the interests of justice and
outweighs the best interests of the public and the defendant in a
speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

PETER K. LEVITT
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3355

July 2, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have on July 2, 2004 served a copy of the foregoing document by facsimile on Tim Watkins, counsel for Joan Reyes-Santana.

PETER K. LEVITT
Assistant U.S. Attorney