UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )     Cr. No. 04-10032-GAO
        v.                   )
                             )
JOAN REYES SANTANA           )

          EXHIBIT LIST OF THE UNITED STATES OF AMERICA

    The United States of America hereby files the following list of Proposed Exhibits for the trial in the above-captioned matter. The government reserves its right to supplement, modify and number the list in light of the evidence that is admitted at trial and with reasonable notice to the defendant.

| Exhibit Number | Exhibit |
|---|---|
| A | Chart of Heroin Purchases/Seizures |
| 1 | Stipulation regarding Drug Exhibits |
| 2 | Photographs of 7/9 Ohio Street |
| 3 | Search Warrant for 7/9 Ohio Street |
| 4a-c | Identification Cards seized from 7/9 Ohio Street on January 20, 2004 |
| 5a-d | Telephones seized from 7/9 Ohio Street on January 20, 2004 |
| 6 | Verizon Wireless Records seized from 7/9 Ohio Street on January 20, 2004 |
| 7 | Sprint Telephone Records Seized from 7/9/ Ohio Street on January 20, 2004 |
| 8 | Photographs of vacuum cleaner from 7/9 Ohio bedroom taken on January 20, 2004 |
| 9 | Finger of Heroin seized from 7/9/ Ohio Street on January 20, 2004 |

| | |
|---|---|
| 10 | Photographs of cash at 7/9/ Ohio Street on January 20, 2004 |
| 11 | Cash seized from 7/9 Ohio Street on January 20, 2004 |
| 12 | Application for employment seized from 7/9/ Ohio Street on January 20, 2004 |
| 13 | Photographs of 30 May Street |
| 14 | Search Warrant for 30 May Street |
| 15 | Identification card for Eva Fernandez seized from 30 May Street on January 20, 2004 |
| 16 | FBI Exhibit 53-conversations with Victor Delgado on November 4, 2003 |
| 16A | Translated Transcript for FBI Exhibit 52-Excerpted conversations with Victor Delgado on November 4, 2003 |
| 17 | White powder contained in a wax case cylinder that was obtained on November 4, 2003 |
| 18 | FBI Exhibit 68-conversations with Victor Delgado on November 7, 2003 |
| 18A | Translated Transcript for FBI Exhibit 68-Excerpted conversations with Victor Delgado on November 7, 2003 |
| 19 | White powder contained in a wax case cylinder and packaged in an untied plastic shopping bag that was obtained on November 7, 2003 |
| 20 | FBI Exhibit 53-conversations with Victor Delgado on November 11, 2003 |
| 20A | Translated Transcript for FBI Exhibit 53-Excerpted conversations with Victor Delgado on November 11, 2003 |
| 21 | White powder contained in a wax case |

|  |  |
|---|---|
|  | cylinder and a rubber like cylinder obtained on November 11, 2003 |
| 22 | FBI Exhibit 57-conversations with Victor Delgado on November 13, 2003 |
| 22A | Translated Transcript for FBI Exhibit 57-Excerpted conversations with Victor Delgado on November 13, 2003 |
| 23 | White powder contained in a wax case cylinder and a rubber like cylinder obtained on November 13, 2003 |
| 24 | FBI Exhibit 62/63-Excerpted conversations with Victor Delgado on November 17, 2003 |
| 24A | Translated Transcript for FBI Exhibit 62/63-Excerpted conversations with Victor Delgado on November 17, 2003 |
| 25 | White powder contained in a two wax case cylinders and a rubber like cylinder obtained on November 17, 2003 |
| 26 | FBI Exhibit 72/73- conversations with Victor Delgado on November 25, 2003 |
| 26A | Translated Transcript for FBI Exhibit 72/73-Excerpted conversations with Victor Delgado on November 25, 2003 |
| 27 | White powder contained in two wax case cylinders obtained on November 25, 2003 |
| 28 | FBI Exhibit 70/74-conversations with Victor Delgado on December 1, 2003 |
| 28A | Translated Transcript for FBI Exhibit 70/74-Excerpted conversations with Victor Delgado on December 1, 2003 |
| 29 | White powder contained in two pink wax cylinders obtained on December 1, 2003 |
| 28 | FBI Exhibit 75-conversations with Victor Delgado on December 4, 2003 |

| | |
|---|---|
| 28A | Translated Transcript for FBI Exhibit 75-Excerpted conversations with Victor Delgado on December 4, 2003 |
| 29 | White powder contained in two pink wax cylinders obtained on December 4, 2003 |
| 30 | FBI Exhibit ID 91- Four Conversations with Joan Reyes-Santana on January 12, 2004 |
| 30A-D | Translated Transcript for FBI Exhibit 91-conversations with Joan Reyes-Santana on January 12, 2004 |
| 30E | FBI Exhibit ID 90- Conversations with Joan Reyes-Santana on January 12, 2004 |
| 30F | Translated Transcript for FBI Exhibit 90-conversations with Joan Reyes-Santana on January 12, 2004 |
| 31 | White powder contained in a wax case cylinder obtained on January 12, 2004 |
| 32 | FBI Exhibit 92-Excerpted conversations with Joan Reyes-Santana on January 13, 2004 |
| 33 | FBI Exhibit 93-Excerpted conversations with Joan Reyes-Santana on January 14, 2004 (video) |
| 34,34A | Comcast Telephone Records for 978-258-3919 Eva Fernandez, 30 May Street, apartment C |
| 35 | T-Mobile Prepaid Telephone Records for 978-902-1647 |
| 36 | Sprint Spectrum Records for 978-590-7571 Joan Reyes Santana 9 Ohio Street |
| 37 | Verizon Wireless Records for 978-314-3332 Joan Reyes Santana 9 Ohio Street |
| 38 | Verizon 978-689-4831 records for Wanda Rivera, 9 Ohio Street, 2nd Floor |

|    |    |
|----|----|
| 39 | Telephone Key and Summary Chronologies for Telephone conversations between Victor Delgado and Joan Reyes Santana on November 4, 2003, November 7, 2003, November 11, 2003, November 17, 2003, November 25, 2003, December 1, 2003, and December 4, 2003 |
| 40 | Phone Chronology December 4, 2003-December 31, 2003 |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:  /s John A. Wortmann,Jr.\_\_\_\_\_
     JOHN A. WORTMANN, JR.
     Assistant U.S. Attorney
     One Courthouse Way
     Boston, MA 02210
     (617)748-3355

Date: September 5, 2004

**<u>CERTIFICATE OF SERVICE</u>**

    I, John A. Wortmann, Jr., do hereby certify that a copy of the foregoing was served on Tim Watkins, counsel for Joan Reyes Santana.

                                      <u>/s John A. Wortmann, Jr. 9-5-04</u>
                                       JOHN A. WORTMANN, JR.