```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
                             )    Cr. No. 04-10032-GAO
        v.                   )
                             )
JOAN REYES SANTANA           )
```

WITNESS LIST OF THE UNITED STATES OF AMERICA

The United States of America hereby intends to call the following witnesses at trial.  The government reserves its right to supplement or modify the list in light of the evidence admitted at trial and with reasonable notice to the defendant.

1. Jeffrey Wood, Special Agent, Federal Bureau of Investigation, Boston, Massachusetts

2. Special Agent Mark Karangekis, Federal Bureau of Investigation, Boston, Massachusetts

3. Special Agent Nanette Day, Federal Bureau of Investigation, Boston, Massachusetts

4. Special Agent Brian Womble, Federal Bureau of Investigation, Boston, Massachusetts

5. Special Agent Tamara Harty, Federal Bureau of Investigation, Boston, Massachusetts

6. Special Agent Daniel Johnson, Federal Bureau of Investigation, Boston, Massachusetts

7. Kristin Leonard, Intelligence Analyst, Federal Bureau of Investigation, Boston, Massachusetts

8. Detective Richard Brooks, Lawrence Police Department, Lawrence, MA

9. Sgt. Brian Moore, Lawrence Police Department, Lawrence, MA

10. Detective David Augusta, Lawrence Police Department, Lawrence, MA

11. Trooper Brian O' Neill, Massachusetts State Police

12. Detective Thomas Quigley, Massachusetts State Police

13. Sergeant Frank Hughes, Massachusetts State Police

14. Georgie Diaz, formerly of Lawrence, Massachusetts

15. Trooper Frank Montanez, Massachusetts State Police

16. Lieutenant Donald Kennefick, Massachusetts State Police

17. Trooper Timothy Leeman, Massachusetts State Police

21. Special Agent Sharon Huber, Federal Bureau of Investigation, Boston, Massachusetts

22. Special Agent Anthony Thurman, Bureau of Alcohol, Tobacco, and Firearms, Boston, MA

23. Maureen M. Craig, Senior Forensic Chemist, Department of Justice, Drug Enforcement Administration

24. Keeper of the Records, Sprint

25. Keeper of the Records, T-Mobile

26. Keeper of the Records, Comcast

27. Keeper of the Records, Verizon Wireless

28. Melix Bonilla, Lawrence, MA

29. Nidia Frica, Lawrence, MA

30. Deputy Sheriff Anthony Turco, Jr., Essex County Sheriff's Department

31.  S/A Julie Crowley, Federal Bureau of Investigation, Boston

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney,

By:  /s John A. Wortmann, Jr.
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
(617)748-3207

Dated: September 5, 2004

## CERTIFICATE OF SERVICE

I, John A. Wortmann, Jr., do hereby certify that a copy of the foregoing was served on Tim Watkins, Esq. by Hand on September 3, 2004.

/s John A. Wortmann, Jr. 9-5-04
JOHN A. WORTMANN, JR.
