```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
         v.                     )    CRIMINAL NO. 04-10032-GAO
                                )
JOAN REYES-SANTANA              )
```

<u>JOINT MOTION TO CONTINUE SENTENCING</u>

The parties in this matter, by and through the undersigned attorneys, request that the Court continue the sentencing in this matter, presently scheduled for January 18, 2005, until February 3, 2005 at 2:00 p.m. or as soon thereafter as is convenient to the Court. As grounds for this request, the parties through counsel states the following:

1. The Probation Department issued its draft Presentence Report and the parties made their objections. Neither party has objected to the calculation of the guideline sentencing range. Shortly before the final Presentence Report was to be issued, however, the Probation Department learned new information that should be included in the report. In particular, the Probation Department has requested that defendant be interviewed again in regard to personal information. Defendant has agreed to this request and an interview has been scheduled for later this week.

2. The Probation Department has indicated to the parties that it will be unable to complete the interview and include any new information in the Presentence Report prior to the presently scheduled sentencing date of January 18, 2005. The Probation

Department anticipates that it will be able to complete its final report in a timely manner before the February 3, 2005 sentencing date.

3. The parties jointly believe that it is in each of their best interests to have a full and complete Presentence Report, and that a brief continuance to allow the Probation Department to complete the report is appropriate.

Accordingly, the parties request that the Court continue the sentencing until at least January 27, 2005. The defendant further requests the Court to continue the date to file sentencing memoranda from both parties for the period of time the Court continues the sentencing.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | JOAN REYES-SANTANA<br>By His Attorney, |
| /s/ Timothy Watkins o/b/o<br>Peter Levitt<br>Assistant United States Attorney<br>United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>Tel: 617-748-3264 | /s/ Timothy Watkins<br>Timothy G. Watkins<br>Federal Defender Office<br>408 Atlantic Ave. 3${}^{rd}$ Floor<br>Boston, MA 02110<br>Tel: 617-223-8061 |