```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Cr. No. 04-10032 GAO |
| v. ) | |
| ) | |
| **JOAN REYES-SANTANA** ) | |
| **TRUE NAME: HENRY** ) | |
| **GONZALEZ-DAVID,** ) | |
| **Defendant.** ) | |

### ASSENTED TO MOTION OF THE UNITED STATES TO AMEND INDICTMENT TO REFLECT DEFENDANT'S TRUE NAME

The United States, by and through its undersigned attorneys, hereby moves to amend the Indictment in this case to reflect the above-captioned defendant's true name. As grounds for this motion, the government states that the defendant was indicted under an alias, Joan Reyes-Santana. The defendant has since advised the Court that his true name is Henry Gonzalez-David. The defendant, through and in the presence of counsel, assented to this motion at his sentencing on February 3, 2005.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN

                                                United States Attorney,

                              By:  /S/ PETER K. LEVITT
                                    PETER K. LEVITT
                                    Assistant U.S. Attorney
                                    One Courthouse Way
                                    Boston, MA 02210
                                    (617)748-3355

February 4, 2005