UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          V.                   )      Criminal No. 04-10032-GAO
                               )
VICTOR DELGADO                 )

## NOTICE OF APPEARANCE

_____Now comes the undersigned Assistant United States Attorney and

hereby gives notice of her appearance as counsel for the United

States of America in the captioned matter.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

                    By:  _/s/: Sharron Kearney_

                    SHARRON KEARNEY
                    Assistant U.S. Attorney
                    United States Attorney's Office
                    One Courthouse Way, Suite 9200
                    Boston, MA 02210
                    (617) 748-3687

Dated: May 4, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 4, 2006.


*/s/: Sharron Kearney*
SHARRON KEARNEY
Assistant U.S. Attorney


Dated: May 4, 2006